HELEN READE, Appellant, *v.* WILLIAM J. HALPIN et al.,
Respondents.

*Appeal, without permission, from order of Appellate Division denying
motion for judgment on pleadings, dismissed.*

Reade v. *Halpin,* 193 App. Div. 566, appeal dismissed.

(Argued January 10, 1921; decided January 12, 1921.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the third
judicial department, entered November 10, 1920, which
reversed a judgment in favor of defendants entered upon
an order of the court at Special Term granting defendants'
motion for judgment in their favor upon the pleadings
and denied said motion.

The motion to dismiss the appeal was made upon the
ground that the order appealed from was not a final order
and that permission to appeal had not been obtained.

*James Farrell* for motion.

*Thomas S. Fagan* opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.